586 A.2d 1372

**WESTERN PENNSYLVANIA WATER, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL RESOURCES.**

Supreme Court of Pennsylvania.

Argued March 8, 1991.

Decided March 21, 1991.

Raymond H. Conaway, Dara A. DeCourcy, Zimmer, Kunz, Loughren, Hart, Lazaroff, Trenor, Banyas & Conaway, P.C., Nancy D. Fabi, Pittsburgh, for appellant.

Zelda Curtiss, Dept. of Environmental Resources, Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.